UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| DAVID McGEE, et al., | : | |
|     Plaintiff and | : | |
|     Intervenor-Plaintiffs | : | |
| | : | |
| v. | : | File No. 1:04-cv-335 |
| | : | (Lead Case) |
| STEVEN GOLD, KEITH TALLON, | : | |
| CELESTE GIRRELL, ROBERT | : | |
| HOFMANN, JOHN GORCZYK, | : | |
| KATHLEEN LANMAN, MICHAEL | : | |
| O'MALLEY, ANITA CARBENELLE, | : | |
| STUART GLADDING, DANIEL | : | |
| FLORENTINE, RAYMOND FLUM | : | |
| and CAROL CALLEA, | : | |
|     Defendants | : | |
| _____ | | |
| JACOB SEXTON, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | File No. 1:05-cv-231 |
| | : | |
| ROBERT HOFMANN | : | |
| and KEITH TALLON, | : | |
|     Defendants | : | |
| _____ | | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed April 24, 2006 (Papers 176 and 11). After <u>de novo</u> review and absent timely objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. <u>See</u> 28 U.S.C. § 636(b)(1). Plaintiff David McGee's claim that he has been denied access to the courts (Amended Complaint, Count Two) is DISMISSED without prejudice.

It is further certified that any appeal taken *in forma pauperis* from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a).

This matter is returned to the Magistrate Judge for further proceedings.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 17th day of May, 2006.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge